IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| DELOS INSURANCE COMPANY, | ) |
| Petitioner, | ) ) ) |
| v. | ) ) No. 1:09-cv-00116 |
| ROBARDS EXPRESS, INC.; ASH TRUCKING, INC.; JACKIE TROUTMAN, individually, and as Adminstrator of the estate of FARRIS TROUTMAN, deceased; DANNY RAY; and ANDRE SHVED, | ) ) ) ) ) ) ) |
| Respondents. | ) ) |

### NOTICE AND ORDER OF NONSUIT

It appearing to the Court, as evidenced by the signature of counsel for Plaintiff Delos Insurance Company, that Plaintiff Delos Insurance Company hereby takes a voluntary nonsuit pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

It is, therefore, ORDERED, ADJUDGED and DECREED that this case is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

_____
JUDGE

APPROVED FOR ENTRY:

/s/ Christopher M. Jones
Mark S. LeVan (#012155)
Christopher M. Jones (#22142)
**LeVAN, SPRADER, PATTON & McCASKILL**
150 Fourth Avenue North, Suite 1020
Nashville, TN 37219
(615) 843-0300 phone
(615) 843-0310 facsimile

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document was served via electronic means and/or U.S. Mail, upon the following:

Andre Shved
2802 South Market Street
Chattanooga, TN 37410

ASH Trucking, Inc.
c/o The Company Corporation
2711 Centerville Road – Suite 400
Wilmington, DE 19808

Danny Ray
313 Reavley Road
Sale Creek, TN 37373

Robard's Express, Inc.
c/o The Company Corporation
2711 Centerville Road – Suite 400
Wilmington, DE 19808

Jackie Troutman
Estate of Stewart Troutman
187 Tyler Drive
Evansville, TN 37332

This 16th day of June, 2009.

/s/ Christopher M. Jones
Christopher M. Jones